IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            ORDER OF DETENTION

    Plaintiff,

v.

            01-cr-84-bbc

PETRAS KROMELIS,

    Defendant.

---

A hearing on the government's motion to revoke Northern District of Illinois Magistrate Judge Soat-Brown's January 31, 2014 order releasing defendant was held in this case on February 5, 2014. The government appeared by United States Attorney John Vaudreuil. The defendant appeared by Michael Lieberman. Also present was Senior United States Probation Officer Clark J. Rodgers. After hearing argument as to the nature and circumstances of the offense, defendant's history and characteristics and the risk of flight posed by his release, I determined that the magistrate judge's order should be revoked and defendant detained pending trial.

Defendant was indicted in this case in August 2001 for interstate transportation of falsely made securities and use of a false social security number. It is probable that he knew of his indictment but he was never arrested on the indictment until his recent arrest in Chicago. He has remained at large for the past 12 1/2 years, using various alias names. For the last ten years, he has served as a caregiver to a disabled former Chicago police officer, who vouches for defendant's trustworthiness. Despite this strong endorsement, I am not persuaded that defendant is not a flight risk, given the ease with which he has eluded arrest in the past and his repeated use of false names.

Accordingly, IT IS ORDERED that Magistrate Judge Soat-Brown's January 31, 2014 order releasing defendant Petras Kromelis on conditions is REVOKED and defendant is committed

to the custody of the United States Marshals Service for confinement at a proximate jail separate from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with his attorney. On order of this court or on request of an attorney for the government, the jail shall deliver defendant to the Marshals Service for the purpose of an appearance in this case.

Entered this \_\_\_\_5th\_\_\_\_ day of February, 2014.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge